## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM J. BIERBOWER, et al.,

     Appellants,

       v.

KEVIN R. MCCARTHY,

     Appellee.

Civil Action No.  05-0576 (JDB)

## ORDER

Upon consideration of the appeal by the Alexander and Margaret Stewart Trust of the decision of the United States Bankruptcy Court for the District of Columbia granting summary judgment to the bankruptcy trustee of Crossroad Health Ministry, Inc., and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 16th day of December, 2005, hereby

**ORDERED** that the decision of the Bankruptcy Court, In re Crossroad Health Ministry, Inc., No. 04-0318 (Bankr. D.D.C. Jan. 13, 2005), is **AFFIRMED**.

                        /s/ John D. Bates
                         JOHN D. BATES
              United States District Judge

Copies to:

Michael Reeves Murphey
LAW & MURPHEY
1320 19th Street, NW
Washington, DC  20036
Email: murpheyusa@aol.com

    *Counsel for appellants*


Kevin Richard McCarthy
MCCARTHY & WHITE, PLLC
8180 Greensboro Drive, Suite 875
McLean, VA  22102
Email: krm@mccarthywhite.com

    *Appellee*